UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HOLLIS,<br>   Plaintiff,<br><br> v.<br><br>TRUIST BANK,<br>   Defendant. | Case No. 22-cv-00827-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 10 |

   The Court has reviewed Judge Alex G. Tse's Report and Recommendation Re: Remand of the Case, and notes there are no objections to the Report.  The Court adopts the Report in every respect.  Accordingly, the case is REMANDED to the Superior Court of California, County of San Francisco.

   **IT IS SO ORDERED.**

Dated: May 20, 2022

_____

VINCE CHHABRIA
United States District Judge